1    Brent Plater (CA Bar No. 209555)
     WILD EQUITY INSTITUTE
2    PO Box 191695
     San Francisco, CA 94119
3    Telephone:  (415) 349-5787
     bplater@wildequity.org
4
     Eric R. Glitzenstein (D.C. Bar No. 358287)
5    Howard M. Crystal (D.C. Bar No. 446189)
     Pro Hac Vice
6    Meyer Glitzenstein & CRYSTAL
     1601 Connecticut Ave., N.W., Suite 700
7    Washington, D.C., 20009
     Telephone: (202) 588-5206
8    Facsimile: (202) 588-5049
     eric@meyerglitz.com
9    hcrystal@meyerglitz.com

10   Attorneys for Plaintiff

11   MELINDA HAAG (CSBN 132612)
     United States Attorney
12   JOANN M. SWANSON (CSBN 88143)
     Chief, Civil Division
13   ANN MARIE REDING (CSBN 226864)
     Assistant United States Attorney
14
     450 Golden Gate Avenue, Box 36055
15   San Francisco, California 94102-3495
     Telephone: (415) 436-6813
16   FAX: (415) 436-6748
     annie.reding@usdoj.gov
17
     Attorneys for Defendants
18

19                  UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA

21                        OAKLAND DIVISION

22
     A.F. ROTHSCHILD FUND,              )    No. CV 11-2760 LB
23                                       )
             Plaintiff,                  )    **STIPULATION AND ~~[PROPOSED]~~
24                                       )    ORDER REGARDING COMPLETION
         v.                              )    OF THE ADMINISTRATIVE APPEAL
25                                       )    PROCESS**
     DEPARTMENT OF HEALTH AND            )
26   HUMAN SERVICES; AND CENTERS         )
     FOR DISEASE CONTROL AND             )
27   PREVENTION,                         )

28           Defendants

     STIPULATION RE COMPLETION OF THE ADMINISTRATIVE APPEAL PROCESS
     CV 11-2760 LB                              1

1    Defendants Department of Health and Human Services and Centers for Disease Control

2  and Prevention ("Defendants") and Plaintiff A.F. Rothschild Fund ("Plaintiff"), by and through

3  their respective counsel, stipulate as follows:

4    1.    On October 13, 2011, Plaintiffs submitted an administrative appeal regarding

5  certain of the materials at issue in this case;

6    2.    Defendants are still processing Plaintiff's administrative appeal. This includes a

7  line-by-line review of 744 pages of records withheld, or withheld in part, from the September 13,

8  2011 and September 22, 2011 releases by the CDC.  In addition, although Defendants contend

9  that Plaintiff's appeal of October 8, 2010 as to the adequacy of the search was untimely (a

10  position that Plaintiff disputes and also believes is immaterial in light of the October 13, 2011

11  appeal), Defendants are reviewing the adequacy of the search at the administrative level in an

12  effort to resolve this action.  The agency is also working with the submitter, Auburn University,

13  regarding documents the submitter believes should be withheld.

14    3.    The parties have agreed that Defendants will complete the administrative appeal

15  process and respond to the items raised in Plaintiff's appeal by March 1, 2012.

16    4.    The parties have further agreed that by March 1, 2012, Defendants will inform

17  Plaintiff regarding the completion of the appeal process and Defendant will also release to

18  Plaintiff any additional documents, if applicable.  Defendants will also report to Plaintiff on the

19  adequacy of the search for responsive materials, including materials searched and whether the

20  particular categories identified by Plaintiff have or have not been located.

21    THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants

22  that Defendants will complete the administrative appeal process by March 1, 2012 in the manner

23  set forth in this stipulation.

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION RE COMPLETION OF THE ADMINISTRATIVE APPEAL PROCESS
CV 11-2760 LB                              2

1    DATED: January 6, 2012        Respectfully submitted,
                                   MELINDA HAAG

2                                       United States Attorney

3

4                                       _____/s/ Ann Marie Reding_____
                                      ANN MARIE REDING

5                                       Assistant United States Attorney
                                      Attorneys for Defendants

6

7    DATED: January 6, 2012        Respectfully submitted,

8

9                                       _____/s/ Eric R. Glitzenstein_____
                                      Howard M. Crystal (D.C. Bar No. 446189)

10                                       Eric R. Glitzenstein (D.C. Bar No. 358287)
                                      Pro Hac Vice

11                                       MEYER GLITZENSTEIN & CRYSTAL
                                      1601 Connecticut Ave., N.W., Suite 700

12                                       Washington, D.C., 20009
                                      Telephone: (202) 588-5206

13                                       Facsimile: (202) 588-5049
                                      hcrystal@meyerglitz.com

14

                                   **[PROPOSED] ORDER**

15

16         Plaintiff and Defendants' Stipulation Regarding Completion of the Administrative

17    Appeal Process is hereby APPROVED and the parties are hereby Ordered to comply with the

18    Stipulation.

19

20    Date:  January 11, 2012

21                                  _____

22                                  LAUREL BEELER
                                 United States Magistrate Judge

23

24

25

26

27

28