UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| A F ROTHSCHILD FUND,<br><br>　　　　　Plaintiff,<br>　　v.<br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br><br>　　　　　Defendant.<br>_____/ | No. C 11-02760 LB<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On March 15, 2012, the court conducted a case management conference in the above-captioned matter. In light of developments discussed in parties' joint case management conference statement, which was filed at ECF No. 32, Defendant agreed to withdraw its motion to dismiss, which was filed at ECF No. 13.

Additionally, the court adopted the parties' proposed briefing schedule for cross-motions for summary judgment. *See* ECF No. 32 at 3. The court **ORDERS** the following

1. Defendants to release *Vaughn* index and Declarations describing their search for responsive materials: April 13, 2012
2. Plaintiff's Motion for Summary Judgment: May 14, 2012
3. Defendants' Opposition, Cross-Motion: June 13, 2012
4. Plaintiff's Reply, Opposition: July 13, 2012
5. Defendants' Reply: July 27, 2012

*UNITED STATES DISTRICT COURT*
*For the Northern District of California*

1  6. Hearing: September 20, 2012, at 11:00 a.m.

2  **IT IS SO ORDERED.**

3  Dated: March 26, 2012



4  LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California