1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

## UNITED STATES  DISTRICT COURT

### Northern District of California

Oakland Division

A F ROTHSCHILD FUND,                          No. C 11-02760 LB

                   Plaintiff,            **ORDER SETTING BRIEFING**
    v.                                        **SCHEDULE**

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*,

                 Defendant.
_____/

    On March 15, 2012, the court conducted a case management conference in the above-captioned

matter.  In light of developments discussed in parties' joint case management conference statement,

which was filed at ECF No. 32, Defendant agreed to withdraw its motion to dismiss, which was filed

at ECF No. 13.

    Additionally, the court adopted the parties' proposed briefing schedule for cross-motions for

summary judgment.  *See* ECF No. 32 at 3.  The court **ORDERS** the following

    1.  Defendants to release *Vaughn* index and Declarations describing their search for responsive

        materials: April 13, 2012

    2.  Plaintiff's Motion for Summary Judgment: May 14, 2012

    3.  Defendants' Opposition, Cross-Motion: June 13, 2012

    4.  Plaintiff's Reply, Opposition: July 13, 2012

    5.  Defendants' Reply: July 27, 2012

1    6.  Hearing: September 20, 2012, at 11:00 a.m.

2    **IT IS SO ORDERED.**

3    Dated: March 26, 2012

4                                                          LAUREL BEELER
                                                          United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
For the Northern District of California